# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Acelia L. Madril, *et al.*, | No. CV-22-00117-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Andrew M. Ellis, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation of Dismiss as to Defendants Andrew M. Ellis, Andrew M. Ellis Law, PLLC, and E-Service, Inc. (Doc. 61), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 61). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees. All pending stipulations and motions (Docs. 24, 28) are deemed moot.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 22nd day of July, 2022.

Honorable John J. Tuchi
United States District Judge