IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Acelia L. Madril, *et al.*, | No. CV-22-00117-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Andrew M. Ellis, *et al.*, | |
| Defendants. | |

On August 4, 2022, the Court granted Plaintiffs' Motion to Amend the Court's Dismissal Order and amended the dismissal of this case from with prejudice to without prejudice. (Doc. 65.) The parties have now filed a Stipulation of Dismissal With Prejudice as to Defendants Andrew M. Ellis, Andrew M. Ellis Law, PLLC, and E-Service, Inc. (Doc. 66.)

**IT IS HEREBY ORDERED** granting the parties' Stipulation of Dismissal With Prejudice as to Defendants Andrew M. Ellis, Andrew M. Ellis Law, PLLC, and E-Service, Inc. (Doc. 66).

**IT IS FURTHER ORDERED** the above-entitled matter is hereby dismissed **with prejudice**, the parties to bear their own costs and attorneys' fees. All pending stipulations and motions (Docs. 24, 28) are deemed moot.

Dated this 29th day of August, 2022.

Honorable John J. Tuchi
United States District Judge